IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>FRANCISCO SAMUEL NAVA<br>HERNANDEZ,<br><br>           Defendant. | 4:15-CR-3017<br><br>JUDGMENT |

In accordance with the accompanying Memorandum and Order, the defendant's pro se motion to vacate under 28 U.S.C. § 2255 (filing 65) is dismissed.

Dated this 27th day of October, 2016.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge